# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 18-CR-553 RWS/NCC |
| | ) |
| SARAH LYNN TWEEDIE, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

Comes now Defendant, by her attorney, John D. Stobbs II, and makes the following objections to the Presentence Investigation Report, which do not impact her Advisory Guideline Range:

1. Face page. Defendant was arrested in Scotland on April 22, 2025 and has been in custody since that date.

2. Page 3. Defendant has never used the aliases Melissa Tweedy or Regina Tweedy.

3. Paragraph 49, because Defendant was not arrested for embezzlement.

4. Paragraph 50 because Defendant was not arrested for embezzlement.

5. Paragraph 101, because if Defendant was never arrested for two misdemeanors nearly 30 years ago, there is no underrepresentation of her criminal history. Therefore, no upward departure would be in order.

WHEREFORE, Defendant requests the above objections be granted and the Presentence Investigation Report be modified to reflect those correction.

                                        SARAH TWEEDIE

2

STOBBS LAW OFFICES

BY:
/s/John D. Stobbs II
John D. Stobbs II, No. 43052
E.D.Mo. Number 40623
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002
Telephone: (618)462-8484
FAX: (618)462-8585
Email: jds2@stobbslaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on , 2023, a copy of the attached   was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

      Mr. Kyle Bateman
      Assistant U.S. Attorney
      111 S. 10th Street
      St. Louis, Missouri 63102

      STOBBS LAW OFFICES

      /s/ John D. Stobbs II
      Attorney for Defendant
      307 Henry St. Suite 211
      Alton, Illinois 62002